FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___

JUL 24 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Richard Kingston Shepherd,<br><br>　　　　Defendant. | No.  CR-18-8259-PCT-DLR (ESW)<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>　　(CIR: Second Degree Murder)<br>　　Count 1 |

THE GRAND JURY CHARGES:

　　Between on or about July 13, 2018 and July 20, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, RICHARD KINGSTON SHEPHERD, an Indian, did with malice aforethought, unlawfully kill L.Y.

　　In violation of Title 18, United States Code, Sections 1153 and 1111.

　　　　　　　　　　　　　　　　　A TRUE BILL

　　　　　　　　　　　　　　　　　_s/_____
　　　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY
　　　　　　　　　　　　　　　　　Date: July 24, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

_s/_____
ALEXANDER W. SAMUELS
Assistant U.S. Attorney